170 A.3d 295

**HENRY, Clarence S.**

v.

**STATE of Maryland**

**Pet. Docket No. 228, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (No. 247, Sept.Term, 2015).

Petition for writ of certiorari dismissed

170 A.3d 295

**HILL**

v.

**HILL**

**Pet. Docket No. 188, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (No. 584, Sept.Term, 2016).

Petition for writ of certiorari denied